UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                         Case No. 10-46013
    DANIEL K LASSON
    CHERYL A LASSON
            Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2010.

2) The plan was confirmed on 02/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 06/23/2011.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,500.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $137.50

Attorney fees paid and disclosed by debtor:    $25.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 551.00 | 551.00 | 551.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | NA | 6,859.42 | 6,859.42 | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 2,454.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 3,143.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 9,166.79 | 9,166.79 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 1,082.24 | 1,082.24 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,372.00 | 295.50 | 295.50 | 0.00 | 0.00 |
| AT&T INC | Unsecured | 110.00 | 110.45 | 110.45 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 129.00 | 451.88 | 451.88 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 205.00 | 294.72 | 294.72 | 0.00 | 0.00 |
| BMG | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 215.00 | 478.90 | 478.90 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | NA | 503.40 | 503.40 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 8,950.00 | 8,950.00 | 8,950.00 | 776.33 | 28.17 |
| CHASE RECEIVABLES | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| CREDITONE LLC | Unsecured | NA | 4,196.50 | 4,196.50 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HOME MEDICAL EXPRESS | Unsecured | NA | 1,702.04 | 1,702.04 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IC SYSTEM | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | NA | 144.00 | 144.00 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 297.00 | 297.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 1,595.08 | 1,595.08 | 1,558.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 626.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,018.00 | 1,032.93 | 1,032.93 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 849.00 | 851.62 | 851.62 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,082.00 | 1,452.87 | 1,452.87 | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 4,860.00 | 4,860.00 | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 4,860.00 | 9,824.03 | 9,824.03 | 0.00 | 0.00 |
| PLANTATION BILLING CENTER | Unsecured | 80.00 | 22.80 | 22.80 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 360.00 | 360.00 | 360.00 | 0.00 | 0.00 |
| PRO COM SERVICES CORP | Unsecured | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 1,429.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 5,128.33 | 5,128.33 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 275.00 | 318.09 | 318.09 | 0.00 | 0.00 |
| RUSH COPLEY MENORIAL HOSPITAL | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,950.00 | $776.33 | $28.17 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,950.00** | **$776.33** | **$28.17** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,595.08 | $1,558.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,595.08** | **$1,558.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,199.59** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $137.50 |
| Disbursements to Creditors | $2,362.50 |
| **TOTAL DISBURSEMENTS** : | **$2,500.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/30/2011      By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**